# UNITED STATES DISTRICT COURT

# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**LESTER D. WALKER,**
        **PLAINTIFF**

**v.**                                         **CIVIL NO.  04-2009-CM**

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY,**
        **DEFENDANT**

( )  **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

( **X** )  **DECISION BY THE COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** pursuant to the Memorandum and Order filed and entered on the docket September 7, 2005, the judgment of the Commissioner is reversed and remanded to pursuant to 42 U.S.C. 405(g) for further proceedings.

**Dated:  September 7, 2005**        **RALPH L. DeLOACH, CLERK**

                                     **Yolanda J. Holman**
                             **Yolanda J. Holman, Deputy Clerk**

**ENTERED ON THE DOCKET DATE: 9/7/05**